# United States District Court

## Of the Southern District of Florida

Case No._____

**Plaintiff**
    Kenneth L. Mayfield

**Vs.**

**Defendant/s**
    Port saint Lucie Police Department ET ALL



FILED BY ___ D.C.

MAR 0 1 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## Complaint

**To the honorable court:**

    This submission is a shorter version of the whole story to meet the courts submission requirements and not to mislead the court. Any additional information is available upon request.

    I Kenneth L. Mayfield, Plaintiff in the above style cause, sue defendant's

1. On November 22, 2013 allegations of Lewd and Lascivious Molestation were made against me, regarding a 5 yr old (minor child) E.P. . The investigation was conducted by detective Kristen Meyer. The detective never contacted The Florida Department of Children and Families.Which left me in a home with my own two children, minor child A.M. and C.M. The detective did bypass DCF and brought in some from CPT. In violation of 42 U.S.C.ss 113031, and 42 U.S.C. ss 5106g and.

2. The case was assigned to Judge Robert Makemson, who also did not contact DCF. In violation of 42 U.S.C.ss 113031, and 42 U.S.C. ss 5106g. Judge Robert Makemson Later ratified from the state court and took the poison of city Judge for the city of Port St. Lucie. In January of 2019 my dog was accused of biting someone. The court altered my mailing address and conducted the hearing in chambers ex parte. Judge Robert Makemson found me guilty and is seeking court costs and fees. In violation of 940. 18 U.S.C. ss 1341, 504 U.S.C ss 255 and18 U.S.C. 514.

3.      On March 20,2014 Assistant State Attorney Anastasia M. Normon wrote a plea offer also never contacting DCF. On January 9, 2015 I appeared in court and informed everyone DCF was never contacted. Everyone paid no attention to my statement. In violation of 42 U.S.C.ss 113031, and 42 U.S.C. ss 5106g.

4.      On January 2, 2015 Judge James McCann was assigned to my case. On january 9, 2015 I appeared in court and informed everyone DCF was never contacted. Everyone paid no attention to my statement. In violation of 42 U.S.C.ss 113031, and 42 U.S.C. ss 5106g.

5.      September 29, 2015 Additional charge of Lewd or Lascivious conduct was added upon receiving transcriptions of interview with a minor child E.P.. In which the child stated "Bill or something did it". My wife then forwarded a document from Lorin Rodreges to defence council. The document contained the "emergency contact of a man by the name of Phill Self. Assistant State Attorney Sarah Hedges, now assigned paid no attention to this or my prior statement about DCF. In violation of 42 U.S.C.ss 113031, and 42 U.S.C. ss 5106g.

6.      On february 21,21 2017 Assistant state Attorney Linda K. Baldree appeared in court with Assistant State Attorney Sarah Hedges. Filling for a RICHARDSON VIOLATION HEARING the hearing was never conducted. The defendant was aware of the issue regarding Phill Self and did not contact DCF. In violation of 42 U.S.C.ss 113031, and 42 U.S.C. ss 5106g.

7.      The Port Saint Lucie Sheriff's Department ignored two separate notifications I filled on the jail kiosk system regarding the safety of minor child E.P.. No action has ever been taken instead after my acquittal, sending text messages to my employer claiming I was a sexual predator. Going as far as taking pictures of my arrest record off an official department laptop and sending these to my now former employer. In violation of 42 U.S.C.ss 113031, 42 U.S.C. ss 5106g and 18 U.S.C. ss 1028 (a) (7)

8.      Magistrate Letha D. Mullens conducted multiple ilegal hearings by altering and abusing my Pennsylvania child support In retaliation for my acquittal. Going as far as having 24,503 in back support put on my credit report I have a pile of paperwork on this. It took me months to get that undone. In violation of 18 U.S.C. 514.

9.     Florida Department of Revenue Child Support Enforcement conducted multiple ilegal hearings by altering and abusing my Pennsylvania child support In retaliation for my acquittal. Repeatedly demanding I pay more money or they would continue trying to suspend my driving privileges.  Going as far as having 24,503 in back support put on my credit report and altering my mailing address. I have a pile of paperwork on this. It took me months to get that undone. In violation of 18 U.S.C. 514.

10.    Chief John A. Bolduc contacted me after Imade several calls to city hall he personally reopened the internal affairs investigation into Det. Meyer. However, doing nothing about the mandated reporting violation.    In violation of 42 U.S.C.ss 113031, and 42 U.S.C. ss 5106g.

11.    Lieutenant Marc DiMeo conducted the "internal affairs investigation". The Lieutenant effectively did nothing only contacting me on a record line to ask inappropriate questions. Doing nothing about the mandated reporting matter. In violation of 42 U.S.C.ss 113031, and 42 U.S.C. ss 5106g.

12.    Assistant State Attorney Bruce F Harrison contacted me to inform me that all further investigations were shut down. I asked about the other children involved and he did not respond. I requested a written statement he refused and again stated the investigation was shut down. In violation of 42 U.S.C.ss 113031, and 42 U.S.C. ss 5106g.

13.    Office of the State Attorney 19th Judicial circuit of florida as the state attorney elect Mr. Colton and his office are responsible for all of his Assistant State Attorney's. I am seeking that his office be held responsible for all criminal actions. 42 U.S.C.ss 113031, 42 U.S.C. ss 5106g, 18 U.S.C. ss 1028 (a) (7), 18 U.S.C. 514.

14.    The Florida Department of Children and Families to date has never conducted an investigation into Justin Lane Earls contact with my children. Instead since my acquittal coming to my house on three separate occasions to make false allegations of neglect. Also after requesting copies of the investigation the response has been there are no such records. Most of these actions occurring after Mr. Earls arrest on charges of Lewd or lascivious Molestation with a recorded confession. Please note Mr. Earl had contact with multiple children including my own, watching them at night while my wife was at work and I was incarcerated. My children's doctor has confirmed that they were molested.  In violation of 42 U.S.C.ss 113031, and 42 U.S.C. ss 5106g.

15.  Stephanie Jagmohan of DCF came to my house to make false allegations of abuse and neglect. I informed Ms. Jagmohan as to what was really going on I was not polite in any form or fashion and she still falsely accused me of neglect. Ms. Jagmohan returned at a later date and had a very different attitude however refusing to do any investigation into Mr Earls contact with my children. In violation of 42 U.S.C.ss 113031, and 42 U.S.C. ss 5106g.

16.  Kadeen Smith of DCF came to my house to make false allegations of abuse and neglect. I informed Ms. Smith of what was really going on she made it perfectly clear on two separate occasions that she did not care and refused to doany investigation into Mr Earls contact with my children. In violation of 42 U.S.C.ss 113031, and 42 U.S.C. ss 5106g.

17.  The Federal Bureau of Investigation, I have contacted repeatedly I was told me to stop calling even after providing exactly what was stated would be needed for an investigation on the federal level. Allowing all this madness to continue and expand. In violation of 42 U.S.C.ss 113031, 42 U.S.C. ss 5106g, 18 U.S.C. ss 1028 (a) (7), 18 U.S.C. 514, 45 C.F.R. ss 164.5 and 18 U.S.C. ss 1201.

18.  The Florida department of Law enforcement, I have contacted on multiple occasions to no avail. Informing me they cant get involved in "local matters" even if children are involved. 42 U.S.C.ss 113031, 42 U.S.C. ss 5106g, 18 U.S.C. ss 1028 (a) (7), 18 U.S.C. 514, 45 C.F.R. ss 164.5 and 18 U.S.C. ss 1201.

19.  New Horizons of the Treasure Coast allowed a Port Saint Lucie police officer to have me civilly committed. Claiming I am paranoid and delusional about Judge Leatha mullens and the department of revenue extorting money from me. New Horizons refuses to hand over any records regarding the matter preventing me from filing against the officer and others involved. 45 C.F.R. ss 164.5 and 18 U.S.C. ss 1201.

20.  Joseph E. Smith Former clerk and comptroller Saint Lucie County Florida Mr. Smith's office tampered with my Pennsylvania child support. Removing documentation when I filed a restraining order against magistrate Leatha D. Mullens allowing her to continue harassing and stalking me. Mr. Smith's office also removed my correct mailing address after I submitted my correct address to the court regarding my Pennsylvania child support order in order that I be charged for failure to appear. In violation of 18 U.S.C. ss 1028 (a) (7) and 18 U.S.C. 514.

21.     Port Saint Lucie City Attorney's Office, after my dog was accused of biting someone the city attorney's office altered my mailing address to prevent me from appearing in court. Please note this was the only time thus far I have missed a hearing; a notice was sent without enough time to arrive after I called and emailed the city attorney to find out when the hearing would be. The city attorney (Kerry Norbroten) met in chambers ex parte as a result I was found guilty. In violation of 18 U.S.C. ss 1028 (a) (7) and 18 U.S.C. 514.

22.     United States Postal Service, has been tampering with certified mail on at least two occasions that I can prove. As well as one other letter from the city attorney that I have never been able to locate. Please note all other letters and notices with a falsified address I have obtained. In violation of 18 U.S.C. ss 1708.

23.     Judge William L Robie, did conduct ex parte proceedings using grosley forged documents connected to the setting of my bond from March 2020. In violation of 18 U.S.C. ss 1028 (a) (7).


        I can go on for days showing who was involved in what, when, where and how. I do intend on amending my filling if the court will allow, to include additional defendants once I'm able to obtain additional information required.



Dated: 3 / 1 / 12/26 Respectfully submitted        /L M
                                                   ------------------------------------------
                                                   Kenneth L. Mayfield
                                                   klmayfield703@gmail.com
                                                   2382 SE Mariola Ave
                                                   Port St Lucie FL, 34952
                                                   Telephone: (772)307-4041