UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 21-14109-CIV-MARTINEZ-MAYNARD

KENNETH L. MAYFIELD,

    Plaintiff,

v.

PORT SAINT LUCIE POLICE
DEPARTMENT *et al.*,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a report and recommendation on all pretrial matters. Judge Maynard has filed a Report and Recommendation ("R&R") recommending dismissal of Plaintiff's operative complaint. (ECF No. 11.) This Court has reviewed the entire file and record, and notes that no objections have been filed to the R&R. Accordingly, after careful consideration, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The R&R, (ECF No. 11), is **AFFIRMED AND ADOPTED**. Plaintiff's operative complaint is **DISMISSED without prejudice**.

2.    The Clerk of the Court is **DIRECTED** to mark this case as **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of August, 2023.

                                                                          _____
                                                                          JOSE E. MARTINEZ
                                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard; R. Devine, *pro se*; All Counsel of Record